IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

---

**MONIKA STAFFORD** and **HANNAH DAUGHERTY,** *individually, and on behalf of others similarly situated, et al.,*

    Plaintiffs,

    v.

**PSYCHIATRIC SERVICES OF EAST TENNESSEE, LLC, RECOVERY STAFFING, INC.** and **JAMES R. STUBBLEFIELD,** *Individually*,

    Defendants.

NO. 3:23-CV-209

FLSA Multi-Plaintiff Action
JURY TRIAL DEMANDED

---

### PLAINTIFFS' SECOND MOTION FOR DEFAULT JUDGMENT

---

NOW COMES Plaintiffs, Monika Stafford and Hannah Daugherty, in the above captioned case, and hereby moves for Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2) against Psychiatric Services of East Tennessee, LLC, Recovery Staffing, Inc. and James R. Stubblefield. In support thereof, Plaintiffs respectfully state as follows:

To date, Defendants Psychiatric Services of East Tennessee, LLC, Recovery Staffing, Inc., and James R. Stubblefield have failed to plead or otherwise defend in this action. As such, the Clerk entered default against each defendant on January 2, 2024. (ECF 22-24). On March 19, 2024, Plaintiffs filed their First Motion for Default Judgment as to all Defendants. (ECF 26). On June 24, 2024, the Court denied Plaintiff's Motion for Default Judgment without prejudice as Plaintiffs' claim is not for a sum certain. (ECF 27). As, to date, Defendants have failed to plead or otherwise defend in this action, Plaintiffs respectfully request that a Default Judgement as to liability be

1

entered against all Defendants and that the Court set a hearing to determine the damages, pursuant to Rule 55(b)(2).

WHEREFORE, Plaintiffs respectfully that a Default Judgment as to liability be entered against Defendants Psychiatric Services of East Tennessee, LLC, Recovery Staffing, Inc., and James R. Stubblefield, and that the Court set a hearing to determine Plaintiffs' damages and attorney fees.

Dated: September 11, 2024.

Respectfully submitted,

 *s/J. Joseph Leatherwood IV*
Gordon E. Jackson (TN BPR #8323)
J. Russ Bryant (TN BPR #33830)
James L. Holt, Jr. (TN BPR #12123)
J. Joseph Leatherwood IV (TN BPR #39490)

**JACKSON, SHIELDS, YEISER, HOLT OWEN & BRYANT**
Attorneys at Law
262 German Oak Drive
Memphis, Tennessee 38018
Telephone: (901) 754-8001
Facsimile: (901) 754-8524
*gjackson@jsyc.com*
*rbryant@jsyc.com*
*jholt@jsyc.com*
*jleatherwood@jsyc.com*

***ATTORNEYS FOR PLAINTIFF AND FOR OTHERS SIMILARLY SITUATED***

## **CERTIFICATE OF SERVICE**

   I hereby certify that the foregoing document was filed electronically on this the 11th day of September 2024. Notice of this filing will be sent by operation of the Court's electronic filing systems to all parties indicated on the electronic filing receipt and below. Parties may access this filing through the Court's electronic filing system.

<em>s/ J. Joseph Leatherwood IV</em>