UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MONIKA STAFFORD, *individually and on behalf of others similarly situated, et al.*, ) ) ) Plaintiffs, ) ) v. ) ) PSYCHIATRIC SERVICES OF EAST ) TENNESSEE, LLC, *et al.*, ) ) Defendants. ) | No. 3:23-CV-209 Judge Collier Magistrate Judge McCook |

# **O R D E R**

United States Magistrate Judge Jill E. McCook filed a report and recommendation (the "R&R") on Plaintiffs' motion (Doc. 29) for default judgment. (Doc. 36.) The R&R recommends that the Court deny the motion for default judgment without prejudice and grant Plaintiffs leave to file an amended complaint that includes the claims of current opt-in Plaintiff Nicole Menard. (*Id.* at 7.) Neither party has objected to the R&R within the given fourteen days.

After reviewing the record, the Court agrees with the R&R (Doc. 36). The Court hereby **ACCEPTS** and **ADOPTS** the R&R (Doc. 36). Plaintiffs' motion for default judgment (Doc. 29) is **DENIED WITHOUT PREJUDICE**. Within **ten days of entry of this Order,** Plaintiffs shall **FILE** either a Second Amended Complaint including the claims of Nicole Menard or a motion for default judgment that includes only the named Plaintiffs.

SO ORDERED.

ENTER:

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**