UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MONIKA STAFFORD, *individually and on behalf of others similarly situated, et al.*, | )<br>)<br>) |
| *Plaintiffs*, | )<br>) |
| v. | ) No. 3:23-CV-209<br>)<br>) Judge Collier |
| PSYCHIATRIC SERVICES OF EAST TENNESSEE, LLC, *et al.*, | ) Magistrate Judge McCook<br>)<br>) |
| *Defendants.* | ) |

## JUDGMENT ORDER

For the reasons set out in the accompanying Memorandum, this case is **DISMISSED WITHOUT PREJUDICE** to refiling.

    **SO ORDERED.**

    **ENTER:**

    **/s/**
    **CURTIS L. COLLIER**
    **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ *LeAnna R. Wilson*
  CLERK OF COURT